# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### CASE NO. 09-cr-00045-DMC

UNITED STATES OF AMERICA,

                     Plaintiff,

vs.

FRANCIS VIEIRA,

                     Defendant.

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** is before the Court on the Defendant, **FRANCIS VIEIRA's.** Consent Motion to Continue Sentencing. The Court being fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1.     The motion is **GRANTED**.

2.     Sentencing in this case for the Defendant Vieira is hereby rescheduled to _April 18_, 2011 at _9:30_ o'clock.

**DONE AND ORDERED** in Chambers at Newark, in the District of New Jersey this _14_ day of December 2010.

                              **DENNIS M. CAVANAUGH**
                              United States District Judge

Copies to:
All Counsel
Pretrial Services