UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 09-cr-00045-DMC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCIS VIEIRA,

        Defendant.
_____/

## ORDER GRANTING PERMISSION TO TRAVEL

THIS CAUSE is before the Court on the Consent Motion of the Defendant, **FRANCIS VIEIRA**, for permission to travel to Dublin, Ireland and London, England. The Court being fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The motion is **GRANTED**. Mr. Vieira shall be allowed to travel from Miami, FL to Dublin, Ireland and London, England, beginning on or about January 18, 2011 and returning on or before February 7, 2011. Prior to his departure, Mr. Vieira shall provide Pretrial Services with his full travel itinerary, including the addresses where he will stay while abroad, and contact telephone numbers.

2. Pretrial Services shall forthwith deliver Mr. Vieira's United States Passport to him or his defense counsel, Neal R. Sonnett, Esq. The Passport shall be returned to Pretrial Services within 48 hours of Mr. Vieira's return to Miami.

**DONE AND ORDERED** in Chambers at Newark, in the District of New Jersey this 13th day of ~~December 2010~~ January 2011.

_____
DENNIS M. CAVANAUGH
United States District Judge

Copies to:
All Counsel
Pretrial Services