UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NO. 09-cr-00045-DMC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCIS VIEIRA,

        Defendant.
_____/

## ORDER GRANTING PERMISSION TO TRAVEL

**THIS CAUSE** is before the Court on the Consent Motion of the Defendant, **FRANCIS VIEIRA**, for permission to travel to Raleigh, NC and Toronto, Canada. The Court being fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

    1.    The motion is **GRANTED.** Mr. Vieira shall be allowed to travel from Miami, FL to Raleigh, NC and Toronto, Canada, beginning on or about June 23, 2011 and returning on or before July 12, 2011. Mr. Vieira shall provide Pretrial Services with his full travel itinerary, including the addresses where he will stay and contact telephone numbers.

    2.    Pretrial Services shall forthwith deliver Mr. Vieira's United States Passport to him or his defense counsel, Neal R. Sonnett, Esq. The Passport shall be returned to Pretrial Services within 48 hours of Mr. Vieira's return to Miami.

**DONE AND ORDERED** in Chambers at Newark, in the District of New Jersey this 14 day of June, 2011.

_____
DENNIS M. CAVANAUGH
United States District Judge

Copies to:
All Counsel
Pretrial Services