## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### CASE NO. 09-cr-00045-DMC

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

**vs.**

**FRANCIS VIEIRA,**

                **Defendant.**

_____/

### ORDER EXONERATING BOND AND RELEASING PROPERTY LIENS

       **THIS CAUSE** is before the Court on the Motion of the Defendant, **FRANCIS VIEIRA,** to exonerate bond and release property liens. The Court being fully advised in the premises, it is **ORDERED AND ADJUDGED** that the motion is **GRANTED** as follows:

       1.     The bond previously posted in this case for the Defendant, **FRANCIS VIEIRA**, is hereby fully exonerated.

       2.     The Clerk of the Court is directed to issue appropriate forms to satisfy the mortgages filed on April 9, 2009 (DE 50) in favor of the United States District Court For The District Of New Jersey on the following two parcels of real property located in Broward and Orange Counties, in the State of Florida:

              a.     1503 N.W. 170 Avenue, Pembroke Pines, Florida, further described as: 33028 Lot 5, Parcel C, LAKES OF WESTERN PINES, REPLAT, according to the plat thereof, as recorded in Plat Book 157, at Page 46, of the Public Records of Broward County, Florida

              b.     4713 Northern Dancer Way, Orlando, Florida, further described as: 32826 Lot 38, RYBOLT RESERVE, PHASE I, according to the map or plat thereof, as recorded in Plat Book 49, Page 95, of the Public Records of Orange County, Florida.

3.    The additional signatories on the bonds are hereby released from any further obligation with

respect to the Defendant's bail.

**DONE AND ORDERED** in Chambers at Newark, in the District of New Jersey this

_13_ day of September 2012.

DENNIS M. CAVANAUGH
United States District Judge

Copies to:
All Counsel
Clerk, U.S. District Court
Pretrial Services